Norman Jay Carpenter
c/o P.O. Box 638
Bentonville [72712]
Arkansas state
(479) 633-3750

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 29 2005
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

*In Propria Persona*
All Rights Reserved, Without prejudice

## In The
## United States District Court for the
## Western District of Arkansas,
## Fayetteville Division

| | |
|---|---|
| Norman Jay Carpenter, )<br>)<br>    Plaintiff  )<br>v.                       )<br>)<br>HOOD & STACY, P.A.,  )<br>Rickard W. Hood,       )<br>Burton E. Stacy, Jr.,    )<br>Courtney M. Wolin,    )<br>)<br>    Defendants  ) | Case No. 05-5153<br><br>28 U.S.C. 1331<br>15 U.S.C. 1692, et seq. |

### VERIFIED COMPLAINT IN THE NATURE OF A PETITION FOR REDRESS OF INJURIES UNDER AUTHORITY OF THE FAIR DEBT COLLECTIONS PRACTICES ACT, FOR VIOLATIONS UNDER 15 U.S.C. 1601, ET SEQ.

**Constructive Notice:** to this Court and all interested parties that Plaintiff's name is Norman Jay Carpenter and is the only styling he answers to in a legal sense, in accordance with established rules of English language grammatical construction and the United States Styles Manual. Any other styling whatsoever shall be construed as misnomer, mistaken identity and attempted identity conversion, *idem sonans* notwithstanding.

## Verification

I, Norman Jay Carpenter, Plaintiff herein, of lawful age and competent to testify, by my signature below, hereby verify under penalty of perjury, under the laws of the United States of America, without the "United States" [federal government], that this *Complaint* is true, correct, complete, and not misleading, to the best of my current knowledge and belief, pursuant to federal statute, Title 28, United States Code, Section 1746 (1), so help me Almighty God.

Executed at Benton County, Arkansas state, signed by my hand below on this the twenty-ninth day of August, in the *year of our Lord, Christ Jesus, two thousand five.*

_____, Norman Jay Carpenter

## COMPLAINT

1. The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States, in accordance with 28 U.S.C. 1331 as a Federal question. 15 U.S.C. 1692, et seq., is a law of the United States.

1. Norman Jay Carpenter, an aggrieved party, petitions this Court under authority of 15 U.S.C. 1692, et seq., Federal Fair Debt Collection Practices Act, hereinafter "the Act."

2. FIRST CAUSE OF ACTION: HOOD & STACY, P.A., Rickard W. Hood, Burton E. Stacy, Jr., and Courtney M. Wolin, hereinafter "Defendants" engaged in collection activity on or about October 14, 2005, without prior advising Norman Jay Carpenter of due process rights expressly reserved at 15 U.S.C. 1692(g)(b).

3. SECOND CAUSE OF ACTION: Beginning on or about October 14, 2005, Defendants began a pattern of violating 15 U.S.C. 1692(e)(4), (5) by making false and misleading representations in connection with the collection of alleged debts.

4. THIRD CAUSE OF ACTION: Beginning on or about October 14, Defendants violated 15 U.S.C. 1692(f) by threatening to interfere with the private interests of Norman Jay Carpenter where no present right to possession of the property existed as collateral through an enforceable security interest.

5. Defendants are debt collectors. *See* 15 U.S.C. 1692(a)(6). *See also, George W. Heintz, et al, v. Darlene Jenkins,* 514 U.S. 291; 115 S.Ct. 1489 (1995).

6. Norman Jay Carpenter is lawfully entitled to statutory damages against Defendants up to a maximum of one thousand dollars ($1,000.00). *See* 15 U.S.C. 1692(k)(a)(1), (2)(A). In addition to statutory damages, Norman Jay Carpenter is lawfully entitled to unlimited damages for emotional distress, embarrassment, and humiliation caused by Defendants.

7. Plaintiff specifically reserves the right to amend this complaint and file other pleadings and exhibits as may be appropriate.

## Remedy Sought

8. A determination by this Court, that the written Constitution of the State of Arkansas of 1874, lawfully amended, and the Arkansas Uniform Commercial Code, consistent with the Act, affords Norman Jay Carpenter greater protection and relief than the Act and justly requires the Court's instruction of such to the jury.

9. A Trial by Jury's determination that Defendants violated consumer law justly requires this Court to enter an order for Defendants to compensate Norman Jay Carpenter for statutory damages not exceeding $1,000.00 plus the costs of bringing this action. A jury's determination that Defendants subjected Norman Jay Carpenter to life threatening emotional stress with misrepresentations and false claim that Norman Jay Carpenter could be compelled to pay one hundred forty-eight thousand three hundred

eight dollars (US$148,308) without a *true* validation of alleged debts, justly requires a jury's decision as to whether Defendants should be compelled to pay Norman Jay Carpenter treble damages in the amount of four hundred forty-four thousand nine hundred twenty-four (US$444,924) as a means to amend Defendants' bad behavior.

TRIAL BY JURY DEMANDED

_____*Norman Jay Carpenter*_____, Norman Jay Carpenter

---

### Certificate Of Service

I certify by my signature below that I have this thirtieth day of August, *A.D.* 2005, served a true and correct file stamped copy of the foregoing *Complaint* by placing same in the United States mail, sufficient postage prepaid to:

| | |
|---|---|
| Rickard W. Hood., Attorney<br>HOOD & STACY, P.A.<br>216 North Main Street<br>Bentonville, Arkansas 72712 | Certified Mail # 7004 1160 0005 4695 9759<br>Return Receipt Requested |
| Burton E. Stacy, Jr.<br>HOOD & STACY, P.A.<br>216 North Main Street<br>Bentonville, Arkansas 72712 | Certified Mail # 7004 1160 0005 4695 9766<br>Return Receipt Requested |
| Courtney M. Wolin<br>HOOD & STACY, P.A.<br>216 North Main Street<br>Bentonville, Arkansas 72712 | Certified Mail # 7004 1160 0005 4695 9728<br>Return Receipt Requested |

_____*Norman Jay Carpenter*_____, Norman Jay Carpenter