```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**NORMAN JAY CARPENTER**                                          PLAINTIFF

        v.        Civil No. 05-5153

**HOOD & STACY, P.A., RICKARD
W. HOOD, BURTON E. STACY,
JR., and COURTNEY M. WOLIN**                                      DEFENDANTS

### O R D E R

Now on this 19th day of October, 2005, comes on for consideration the parties' joint **Motion To Dismiss** (document #6), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this case is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                               JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE